David J. McGlothlin, Esq. (SBN 026059)
david@southwestlitigation.com
**Hyde & Swigart**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile:  (602) 230-4482

Ryan L. McBride, Esq. (SBN 032001)
ryan@kazlg.com
**Kazerouni Law Group, APC**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Paulette M. Muhammad,** | Case No.: 4:15-cv-00563-RCC-DTF |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND BANK OF AMERICA, N.A.** |
| v. | |
| **Experian Information Solutions, Inc. and Bank of America, N.A.,** | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff PAULETTE M. MUHAMMAD ("Plaintiff") voluntarily dismisses the claims against Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") and BANK OF AMERICA, N.A. ("BoA") in the above-captioned

matter, without prejudice as to the named plaintiff. Each party will bear its own costs, disbursements, and attorney fees.  Plaintiff requests that all future hearings and deadlines be vacated and the case be dismissed in its entirety.

Respectfully submitted,

                                **Kazerouni Law Group**

Date: May 2, 2016                By: */s/ Ryan L. McBride*
                                        Ryan L. McBride
                                        Attorneys for Plaintiff